UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TENISHA PECK,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | **CASE NO: 14-1252-STA-dkv** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Reversing the Decision of the Commissioner and Remanding Pursuant To Sentence Four of 42 U.S.C. § 405 (g) entered on September 14, 2017, the decision of the Commissioner is REVERSED and the action is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/14/2017    THOMAS M. GOULD
               Clerk of Court

               s/Maurice B. BRYSON
               (By)  Deputy Clerk